# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GOVERNOR JOHN BEL EDWARDS

VERSUS

LOUISIANA STATE LEGISLATURE,
LOUISIANA HOUSE OF
REPRESENTATIVES, AND CLAY
SCHEXNAYDER, IN HIS OFFICIAL
CAPACITY AS SPEAKER OF THE
LOUISIANA HOUSE OF
REPRESENTATIVES

NO.  2021 CW 0294

MARCH 18, 2021

---

In Re:    Louisiana   State   Legislature,   Louisiana   House   of
Representatives, and Clay Schexnayder, in his official
capacity   as   speaker   of   the   Louisiana   House   of
Representatives, applying for supervisory writs, 19th
Judicial District Court, Parish of East Baton Rouge,
No. 700923.

---

**BEFORE:    THERIOT, WOLFE, AND HESTER, JJ.**

**WRIT GRANTED WITH ORDER.**  The district court's January 30,
2021 order which set a hearing on exceptions, but attempted to
except from such hearing the exceptions previously heard and
decided by the court, is vacated.  The per curiam judgment of
the Louisiana Supreme Court herein vacated and set aside the
district court's judgment herein.  All of the rulings of the
district court, including its rulings on the exceptions filed
herein, were included in that single judgment.  Accordingly, the
district court erred in refusing to set a hearing on the
exceptions as it appears all rulings were vacated by the Supreme
Court. The district court is instructed to schedule a hearing on
the exceptions as requested in the motion to reset exceptions on
a date which allows sufficient time for all parties to be
noticed of the matters to be heard.

**MRT**
**EW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT